UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-M-1067

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          ORDER
                                  )
SHAWN MICHAEL ROBERTSON           )

The Government's motion is hereby granted.   The case is dismissed.


3/3/2018
DATE:                                ROBERT B. JONES, JR.
                                     UNITED STATES MAGISTRATE JUDGE